

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ronny Puga and Rickey Puga v. Barbara Salesi

Appellate case number:    01-14-00724-CV

Trial court case number:  2011-28575

Trial court:              133rd District Court of Harris County

  Appellant's Unopposed Motion to Extend Deadline for Mediation filed on December 3, 2014 is **GRANTED**. The deadline for the parties to complete mediation is January 15, 2015.

  It is so ORDERED.


Judge's signature: ___/s/_ Harvey Brown
       X  Acting individually


Date:  December 4 ,2014